MARY INDA, as Administratrix, etc., of ALBERT INDA, Deceased, Appellant, v. LIBERTY BANK OF BUFFALO, ERIE COUNTY SAVINGS BANK, BUFFALO SAVINGS BANK, Defendants; ANDREW P. INDA and VICTORIA J. INDA, Respondents.— Judgment and order affirmed, with costs. All concur. (The judgment dismisses plaintiff's complaint on motion of defendants Inda in an action to recover bank deposits. The order grants defendants' motion to dismiss.) Present — Crosby, P. J., Cunningham, Taylor, Harris and McCurn, JJ.

HELEN DILLABOUGH, Respondent, v. WEGMAN'S FOOD MARKETS, INC., Appellant.— Judgment of Monroe County Court and judgment of Rochester City Court reversed on the facts and a new trial granted in the City Court, with costs to appellant to abide the event, on the ground that the verdict is against the weight of the evidence. All concur. (The judgment affirms a judgment of Rochester City Court, Civil Branch, in favor of plaintiff in an action to recover damages for personal injuries sustained by reason of falling on ice in a parking station.) Present — Crosby, P. J., Cunningham, Taylor, Harris and McCurn, JJ.

In the Matter of the Judicial Settlement of the Estate of ABRAHAM GOOSSEN, Deceased. HAROLD A. GOOSSEN, Petitioner, Respondent; JAMES C. GOOSSEN, Appellant.— Order affirmed, without costs of this appeal to either party. All concur. (The order denies a motion to vacate notice of examination before trial in a proceeding to cancel a release.) Present — Crosby, P. J., Cunningham, Taylor, Dowling and Harris, JJ.

MECESLAUS KRZAL, an Infant, by JACOB KRZAL, His Guardian ad Litem, and JACOB KRZAL, for Himself, Respondents, v. FRANCIS S. SOBKOWSKI and CASIMER A. MARMUROWICZ, Appellants.— Judgment and order affirmed, with costs. All concur. (The judgment is for plaintiff in an action for damages for personal injuries sustained by plaintiff, and for damages for loss of services and medical attendance sustained by plaintiff's father, by reason of plaintiff being struck by a sky-rocket on a sidewalk on a public street in the city of Dunkirk. The order denies a motion for a new trial.) Present — Crosby, P. J., Cunningham, Taylor, Dowling and Harris, JJ.

In the Matter of the Application of NICHOLAS MILJEVIC and Others, Respondents, for a Peremptory Order Directed to and against W. JEROME MAGEE, as Auditor of the City of Lackawanna, and Others, Respondents; JOHN CITAK, JOSEPH KASPRZAK and WILLIAM CARROLL, Appellants.— Order modified by changing the award of costs in the consolidated proceeding to fifty dollars costs and disbursements and as modified affirmed, with fifty dollars costs and disbursements to the petitioners-respondents in the consolidated proceeding. All concur. (The order directs defendants to approve, audit and certify the salaries of petitioners for various positions claimed to have been held by them in the city of Lackawanna.) Present — Crosby, P. J., Cunningham, Taylor, Dowling and Harris, JJ.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. HARVEY BISTANY, Appellant, v. JOSEPH H. BROPHY, Esq., Warden of Auburn State Prison, Auburn, New York, Respondent.— Order affirmed, without costs of this appeal to either party. All concur. (The order dismisses a writ of habeas corpus and remands relator into custody.) Present — Crosby, P. J., Cunningham, Taylor, Harris and McCurn, JJ.